```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  CYNTHIA JOHNSON (CABN 328932)
    Assistant United States Attorney
 5
        1301 Clay Street, Suite 340S
 6      Oakland, California 94612
        Telephone: (510) 637-3680
 7      FAX: (510) 637-3724
        Cynthia.Johnson@usdoj.gov
 8
    Attorneys for United States of America
 9
```

FILED

Dec 12 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHANE JACKSON,<br><br>    Defendant. | Case No. 4:25-cr-00422 AMO<br><br>DECLARATION OF CYNTHIA JOHNSON IN SUPPORT OF THE GOVERNMENT'S MOTION FOR SUMMONS |

I, Cynthia Johnson, hereby declare as follows:

1. I am a Special Assistant United States Attorney for the Northern District of California, assigned to the prosecution of the above-captioned case. I received the following information from reports and other documents provided by USPS OIG.

2. From no later than October 2015 through in or about July 2025, SHANE JACKSON was the owner of Action Jackson Physical Therapy ("AJPT").

3. JACKSON was a registered medical care provider with the United States Department of Labor Office of Workers' Compensation Programs ("DOL-OWCP") under "Action Jackson Physical Therapy" in Oakland, CA (Provider ID: 620296000) and overbilled DOL-OWCP more than $5,000,000.

4. JACKSON over-billed for the amount of time spent with patients and billing for services not rendered. JACKSON also saw patients simultaneously but billed that time as if it were dedicated one-on-one care.

5. DOL-OWCP is a "Federal health care program" as defined in Title 42, United States Code, Section 1320a-7b(f), and a "health care benefit program" as defined in Title 18, United States Code, Section 24(b).

6. Based on the above-listed facts, there is probable cause to believe that JACKSON violated 18 U.S.C. § 1347, Health Care Fraud.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed December 11, 2025 in Oakland, California.

DATED: December 11, 2025

_/s/ Cynthia Johnson_
CYNTHIA JOHNSON

DECLARATION IN SUPPORT OF SUMMONS