CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3695
Fax: (510) 637-3724
E-Mail: Thomas.Green@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  25-cr-00422 AMO |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| SHANE JACKSON, | |
| Defendant. | |

A status conference in this matter took place on March 23, 2026.  At the status conference, the Court set this matter for a status conference on May 4, 2026, and requested the government prepare a stipulation and proposed order excluding time until that date, including to provide the defendant with time to have new counsel appointed and for his anticipated new counsel to meet with the defendant and begin to review discovery produced by the government.

The parties agree to an exclusion of time under the Speedy Trial Act, for continuity of counsel and to allow defendant and defense counsel additional time they have requested to review discovery produced by the government.  Therefore, the parties file this stipulation and proposed order to request that time be excluded time under the Speedy Trial Act until the Status Conference on May 4, 2026.

STIPULATION AND PROPOSED ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
25-cr-00422 AMO                                                    1

The parties agree to the exclusion of time under the Speedy Trial Act to allow effective preparation of defense counsel, including to review discovery produced, and for continuity of counsel in light of defendant's anticipated change in counsel.  For these reasons, the parties agree that time is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The parties agree that the time period of March 23, 2026, to May 4, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (7)(B)(iv), because: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; and (ii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated:  March 23, 2026

CRAIG H. MISSAKIAN
United States Attorney


_____/s/ *Thomas R. Green*_____
THOMAS R. GREEN
Assistant United States Attorney


Dated:  March 23, 2026

_____/s/ *Nick Johnson*_____
NICK JOHNSON
Attorney for Defendant Shane Jackson

**ORDER**

This matter is set for a status hearing at 11:00 a.m. on May 4, 2026.

The Court FINDS that time should be excluded under the Speedy Trial Act for continuity of counsel and effective preparation of the case by defense counsel pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (B)(iv).  The Court further finds that the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; and failure to grant the continuance would unreasonably deny defendant reasonable time to obtain counsel and continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Based on these findings, IT IS HEREBY ORDERED THAT time is excluded from March 23, 2026 through May 4, 2026, when the parties are scheduled to appear before this Court.

IT SO ORDERED.

3/23/2026
_____
DATE

_____
HONORABLE ARACELI MARTINEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE